## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2393          Assigned/Issued By: J. N.

Judge Name: HOLDERMAN          Designated Magistrate Judge: DENLOW

### FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____                   Receipt #: 2728914_____

Date Payment Rec'd: 4-28-08_____        Fiscal Clerk: J. N._____

### ISSUANCES

☑ Summons                                    ☐ Alias Summons
☐ Third Party Summons                        ☐ Lis Pendens
☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons         _____
                                             _____
                                             *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets                ☐ Other
☐ Writ _____                    _____
     *(Type of Writ)*                        _____
                                             *(Type of issuance)*

2____ Original and 0_____ copies on 4-28-08_____ as to CUSTOM CABINET_____
                                       *(Date)*
CREATIONS, INC.; MARIA TOOLEY, INDIVIDUALLY_____