**ClientCaseID:** N7658 DPL
**Law Firm ID:** WHITFIEL


*1848808A*

**CaseReturnDate:** 5/28/08

**Affidavit of Special Process Server**

## UNITED STATES DISTRICT COURT

**Case Number** 08CV2393

I, ERIC L. BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN    SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT    Maria Tooley
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY    5/5/08

That the sex, race and approximate age of the person whom I left the    SUMMONS AND COMPLAINT
are as follow:
**Sex** FEMALE  **Race** WHITE  **Age** 40
**Height** 5'3"  **Build** MEDIUM  **Hair** BROWN

**LOCATION OF SERVICE**    602 Swain
Elmhurst, IL, 60126

**Date Of Service** 5/5/08    **Time of Service** 11:15 AM

ERIC L. BEY    5/6/2008
Special Process Server
P.E.R.C. #129-303704

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.