IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUESTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>    Plaintiffs,<br><br>v.<br><br>CUSTOM CABINET CREATIONS, INC. and MARIA TOOLEY, individually and d/b/a CUSTOM CABINET CREATIONS, INC., a dissolved Illinois corporation,<br><br>    Defendants. | CASE NO. 08-CV-2393<br><br>JUDGE HOLDERMAN |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendants' failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their complaint on April 28, 2008 and the summons and complaint was served on Maria Tooley, Registered Agent, and Maria Tooley, individually, individually, on May 5, 2008 by the Process Server. **(Exhibit A, Affidavits of Service)**

2. The Defendants have failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3. At all times relevant to this action, the Defendants have been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendants are required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendants' employees and to pay the ERISA contributions based on those hours.

4. The Defendants submitted the monthly contribution reports but failed to submit

the ERISA contributions shown to be owed in the amount of $41,755.99 for the months of June 2006 through July 2006, June 2007 through September 2007, and November 2007 through March 2008. The Defendants also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $1,746.66 for the period November 2007 through March 2008. (**Exhibit B, Affidavit of James Rosemeyer**)

     5.    The Defendants owe interest on the unpaid ERISA contributions in the amount of $777.35 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (**Exhibit B, Affidavit of James Rosemeyer**)

     6.    The Defendants owe liquidated damages on the unpaid ERISA contributions in the amount of $8,798.46 for the period February 2006 through March 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). (**Exhibit B, Affidavit of James Rosemeyer**)

     7.    The Defendants owe the sum of $1,548.75 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (**Exhibit C, Affidavit of David P. Lichtman**)

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of **$55,032.21**.

                             Respectively submitted,

                             /s/ David P. Lichtman
                             Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

ClientCaseID: N7658 DPL
Law Firm ID: WHITFIEL



CaseReturnDate: 5/28/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08CV2393**

I, ERIC L. BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT Custom Cabinet Creations, Inc.
PERSON SERVED MARIA TOOLEY
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 5/5/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:
Sex FEMALE   Race WHITE   Age 40
Height 5'3"   Build MEDIUM   Hair BROWN

LOCATION OF SERVICE **602 Swain**
**Elmhurst, IL, 60126**

Date Of Service 5/5/08   Time of Service 11:15 AM

ERIC L. BEY   5/6/2008
Special Process Server
P.E.R.C.#129-303704

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br>v.<br><br>CUSTOM CABINET CREATIONS, INC. and MARIA TOOLEY, individually and d/b/a CUSTOM CABINET CREATIONS, INC., a dissolved Illinois corporation<br><br>Defendants. | CASE NO. 08CV2393<br><br>JUDGE HOLDERMAN |

## DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1. I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2. The Defendants, CUSTOM CABINET CREATIONS, INC. and MARIA TOOLEY, individually and d/b/a CUSTOM CABINET CREATIONS, INC., a dissolved Illinois corporation, ("Defendant"), executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a

Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4. Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5. The Defendant submitted the contribution reports for the period June 2006 through March 2008 but did not pay the contributions in full. The reports show that $41,755.99 is owed in ERISA contributions for the periods of June 2006 through July 2006, June 2007 through September 2007, and November 2007 through March 2008. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $1,746.66 for the period November 2007 through March 2008.

6. Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $8,798.46 for the period February 2006 through March 2008.

7. The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify

the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $777.35.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:

_____
James Rosemeyer, Contributions Manager

5/30/2008

Custom Cabinet Creations
712 N Iowa
Villa Park, Il. 60181

Account #8750

| Contributions | | Liquidated Damages | Interest | Dues |
|---|---|---|---|---|
| Feb-06 | | $29.20 | | |
| Mar-06 | | $30.12 | | |
| Apr-06 | | $29.20 | | |
| May-06 | | $58.81 | | |
| Jun-06 | $760.70 | $547.19 | $116.73 | |
| Jul-06 | $707.36 | $420.18 | $103.04 | |
| Aug-06 | | $191.34 | | |
| Sep-06 | | $270.95 | | |
| Oct-06 | | $185.73 | | |
| Nov-06 | | $277.27 | | |
| Dec-06 | | $182.22 | | |
| Jan-07 | | $90.20 | | |
| Mar-07 | | $339.71 | | |
| Apr-07 | | $409.35 | | |
| May-07 | | $659.01 | | |
| Jun-07 | $491.80 | $766.83 | $31.98 | |
| Jul-07 | $342.50 | $673.84 | $19.81 | |
| Aug-07 | $342.50 | $564.14 | $17.37 | |
| Sep-07 | $271.75 | $430.65 | $11.91 | |
| Oct-07 | | $524.53 | | |
| Nov-07 | $6,721.11 | $503.10 | $201.78 | $306.77 |
| Dec-07 | $8,511.36 | $509.68 | $201.17 | $380.79 |
| Jan-08 | $8,406.48 | $515.85 | $147.95 | $376.85 |
| Feb-08 | $8,407.71 | $384.05 | $100.78 | $376.85 |
| Mar-08 | $6,792.72 | $205.31 | $44.60 | $305.40 |
| totals: | $41,755.99 | $8,798.46 | $777.35 | $1,746.66 |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL ) <br> COUNCIL OF CARPENTERS PENSION FUND, ) <br> CHICAGO REGIONAL COUNCIL OF ) <br> CARPENTERS WELFARE FUND, and CHICAGO ) <br> REGIONAL COUNCIL OF CARPENTERS ) <br> APPRENTICE & TRAINEE PROGRAM FUND ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CUSTOM CABINET CREATIONS, INC. and ) <br> MARIA TOOLEY, individually and ) <br> d/b/a CUSTOM CABINET CREATIONS, INC., ) <br> a dissolved Illinois corporation, ) <br> ) <br> Defendants. ) | CASE NO. 08-CV-2393 <br><br> JUDGE HOLDERMAN |

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1. I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter. I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2. I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and

costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4. I, David P. Lichtman, have devoted 8.85 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $1,548.75.

5. In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00. These costs total $405.00.

6. I certify that the attached detailed attorney fees and costs totaling $1,953.75 were necessary and reasonable.

7. Notice of this Motion for Default was given to Defendants by mailing a copy of the same to Maria Tooley, registered agent of Custom Cabinet Creations, Inc. at 602 Swain, Elmhurst, Illinois 60126.

Dated June 4, 2008

David P. Lichtman

Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

2

| 6/3/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 3:15 PM | Slip Listing | Page | 1 |

---

### Selection Criteria

| | |
|---|---|
| Slip.Date | Earliest - 6/3/2008 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7658/08750 |

---

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | ATTORNEY / Activity / Case / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 356683         TIME<br>4/24/2008<br>Billed        G:73387    5/1/2008<br>Prepared summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N7658/08750 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 356755         TIME<br>4/24/2008<br>Billed        G:73387    5/1/2008<br>Search Illinois Secretary of State database for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | ~~CPW~~<br>Lexis<br>CTF-C./N7658/08750 | ~~0.30~~<br>0.00<br>0.00<br>0.00 | ~~100.00~~<br>A@1 | ~~30.00~~ |
| 356680         TIME<br>4/24/2008<br>Billed        G:73387    5/1/2008<br>Review referral from Trust funds on 04/22/08; prepare file; review corporate status and registered agent information for legal process. | DPL<br>Billable<br>CTF-C./N7658/08750 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 357217         TIME<br>5/1/2008<br>Billed        G:73595    6/2/2008<br>Review complaint filed at the Federal Court; enter pertinent information (e.g., filing date, case number and assigned judge) into database; review judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file/databse regarding same. | DPL<br>Billable<br>CTF-C./N7658/08750 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 357218         TIME<br>5/1/2008<br>Billed        G:73595    6/2/2008<br>Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. | DPL<br>Billable<br>CTF-C./N7658/08750 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| 6/3/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 3:15 PM | Slip Listing | | Page 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| regarding service of the summons and complaint on the defendant; prepare coorrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | | | |
| 357440       EXP<br>5/1/2008<br>Billed       G:73595       6/2/2008<br>FILING FEE (4/28/08) | CPW<br>$DC<br>CTF-C./N7658/08750 | 1 | 350.00 | 350.00 |
| 357700       TIME<br>5/12/2008<br>Billed       G:73595       6/2/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the proof of filing the summons returned as executed for both Maria Tooley individually and Custom Cabinet Creations, Inc.; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7658/08750 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 357698       TIME<br>5/12/2008<br>Billed       G:73595       6/2/2008<br>Review Scott Forrest Stern & Associates, Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. District Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPL<br>Billable<br>CTF-C./N7658/08750 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 357699       TIME<br>5/12/2008<br>Billed       G:73595       6/2/2008<br>Prepare correspondence to Trust Fund Manager James T. Rosemeyer and Rich Oginski, Trust Fund Field Rep., regarding service of the complaint. | DPL<br>Billable<br>CTF-C./N7658/08750 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 358884       TIME<br>6/2/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager James T. Rosemeyer in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit | DPL<br>Billable<br>CTF-C./N7658/08750 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| 6/3/2008 | | WHITFIELD, McGANN & KETTERMAN | | | |
| 3:15 PM | | Slip Listing | | Page | 3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| contributions, and calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | | | | |
| 359030          TIME<br>6/3/2008<br>WIP<br>Review complaint filed at the Federal Court; enter pertinent information (e.g., filing date, case number and assigned judge) into database; review judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file/databse regarding same. | DPL<br>Billable<br>CTF-C./N7658/08750 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 359031          TIME<br>6/3/2008<br>WIP<br>Prepare a proposed judgment in support of the Trust Funds motion; calculate all amounts owed. | DPL<br>Billable<br>CTF-C./N7658/08750 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 359032          TIME<br>6/3/2008<br>WIP<br>Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into themotion and judgment order; prepare the document for electronic filing. | DPL<br>Billable<br>CTF-C./N7658/08750 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |

Grand Total

| | Billable | 9.15 | | 1937.75 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 9.15 | | 1937.75 |

8.85 @ $175.00 = $1,548.75
                                    350.
                                     55.

| STERN PROCESS & INVESTIGATION, LLC | TaxId: 04-3801615 | |
|---|---|---|
| 205 W. RANDOLPH ST 730 CHICAGO, IL, 60606 | Phone: (312) 853 - 2150 | Fax: (312) 853 - 3119 |

**WHITFIELD, MCGANN & KETTERMAN**
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601        Phone  (312)-251-9700     Fax  (312)-251-9701

**Plaintiff:** Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al
**Client Case#:** N7658 DPL
**Court Case#:** 08CV2393
**County:** UNITED STATES DISTRICT COURT

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice# | 184808 | | | Server Name: | | ERIC L. BEY |
| Defendant 1: | Custom Cabinet Creations, Inc. | | | CORPORATE SERVICE | | MARIA TOOLEY |
| Defendant 2: | Maria Tooley | | | PERSONAL SERVICE | | Maria Tooley |
| Date of Service: | 5/5/2008 | Service Time: | 11:15:00 AM | Invoice Date: | 5/6/2008 | Final Invoice Date: 5/9/2008 |

**Location of Service** 602 Swain , Elmhurst, IL, 60126

| Delivery Charge | Bad Address | Filing | Database Charge | Skip Trace | Rush | Investigation | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |

**Case Return Date:** 5/28/2008   **Payment Date:** 6/2/2008   **Amount Received:** $55.00   **Check No:** 39090

**Grand Total:** $55.00
**Amount Received:** $55.00
**Balance Due:** $0.00