IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) ) | CASE NO. 08-CV-2393 |
| Plaintiffs, | ) ) ) | JUDGE HOLDERMAN |
| v. | ) ) | |
| CUSTOM CABINET CREATIONS, INC. and MARIA TOOLEY, individually and d/b/a CUSTOM CABINET CREATIONS, INC., a dissolved Illinois corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  CUSTOM CABINET CREATIONS, INC.          MARIA TOOLEY
     c/o Maria Tooley, registered agent            602 SWAIN
     602 SWAIN                                     ELMHURST, IL 60126
     ELMHURST, IL 60126

     PLEASE TAKE NOTICE that on June 12, 2008 I shall appear before the Honorable Chief Judge James F. Holderman at approximately 9:00 a.m. in Courtroom 2541 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                                      TRUSTEES of the CHICAGO REGIONAL COUNCIL
                                      OF CARPENTERS PENSION FUND, et al.

                                      /s/  David P. Lichtman

## **CERTIFICATE OF SERVICE**

   I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to whom said Notice is directed on June 4, 2008.        /s/ David P. Lichtman

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
Attorney No. 6290051