## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2393 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional Counsel of Carpenters Pension Fund et al vs. Custom Cabinet Creations, Inc. et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default judgment [8] is granted. ENTER JUDGMENT ORDER: It is hereby ordered that judgment is entered in favor of plaintiffs and jointly and severally against the defendants, Custom Cabinet Creations, Inc. and Maria Tooley, individually and d/b/a Custom Cabinet Creations, Inc., a dissolved Illinois corporation, the sum of $55,032.21.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | AMM |
|---|---|---|