IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CUSTOM CABINET CREATIONS, INC. and MARIA TOOLEY, individually and d/b/a CUSTOM CABINET CREATIONS, INC., a dissolved Illinois corporation, <br><br> Defendants. | CASE NO. 08-CV-2393 <br><br> JUDGE HOLDERMAN |

**JUDGMENT ORDER**

The Plaintiffs filed their Complaint on April 28, 2008 and the Defendants were served with copies of Summons and Complaint; and

The Defendants have failed to answer or otherwise plead; and

Upon application of the Plaintiffs for Default Judgment and for good cause shown, a default is hereby entered against the Defendants in accordance with the prayer for relief in the Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and jointly and severally against the Defendants, CUSTOM CABINET CREATIONS, INC. and MARIA TOOLEY, individually and d/b/a CUSTOM CABINET CREATIONS, INC., a dissolved Illinois corporation, the sum of $55,032.21 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions | $ 41,755.99 |
| b) | Interest on ERISA Contributions | $ 777.35 |
| c) | Liquidated Damages | $ 8,798.46 |
| d) | Dues | $ 1,746.66 |
| e) | Attorney Fees and Costs | $ 1,953.75 |
| | **TOTAL** | **$ 55,032.21** |

The Court will retain jurisdiction solely to enter judgment for the contributions shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).


ENTERED:

_____

CHIEF JUDGE JAMES F. HOLDERMAN
UNITED STATES DISTRICT JUDGE


DATED: June 12, 2008