# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Trustees of the Chicago Regional etc. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2393 |
| Custom Cabinet Creations, Inc. etal | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of the plaintiffs and against the defendants Custom Cabinet Creations, Inc. and Maria Tooley, individually and d/b/a/ Custom Cabinet Creations, Inc., a dissolved Illinois corporation, in the amount of $55,032.21. The Court will retain jurisdiction solely to enter judgment for the contributions shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).

Michael W. Dobbins, Clerk of Court

Date: 6/12/2008

/s/ Alyce Mobley-Morris, Deputy Clerk