IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br>　　　　Plaintiffs Judgment Creditors, <br><br>v. <br><br>CUSTOM CABINET CREATIONS, INC. and MARIA TOOLEY, individually and d/b/a CUSTOM CABINET CREATIONS, INC., a dissolved Illinois corporation, <br>　　　　Defendant Judgment Debtors, <br>AMERIMARK BANK, <br>　　　　Third Party Citation Respondent. | CASE NO. 08-CV-2393 <br><br>JUDGE HOLDERMAN |

## AGREED ORDER OF TURN OVER AND DISMISSAL OF CITATION

To:　AmeriMark Bank
　　　Attn: Ron Rous
　　　365 West Saint Charles Rd.
　　　Villa Park, IL 60181

The Judgment Creditors, by their attorney, David P. Lichtman, and the Judgment Debtors, CUSTOM CABINET CREATIONS, INC., by its Officer, Maria Tooley, and MARIA TOOLEY, hereby agree that AmeriMark Bank turn over to the Judgment Creditors the sum of $30,528.83 held by AmeriMark Bank pursuant to a citation to discover assets previously served on AmeriMark Bank.

Upon turn over of the funds, this Agreed Order will serve to terminate and release the citation proceeding as to AmeriMark Bank and further authorize AmeriMark Bank to lift the freeze on all accounts of Custom Cabinet Creations, Inc. and Maria Tooley.

By: _[signature]_　　　　By: _[signature]_　　　　By: _[signature]_
David P. Lichtman　　　　Maria Tooley, Officer　　　Maria Tooley
Attorney for Judgment Creditor　Custom Cabinet Creations, Inc.

Date: 7/10/08　　　　Date: 7/9/08　　　　Date: 7/9/08