IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Plaintiffs Judgment Creditors, <br><br> v. <br><br> CUSTOM CABINET CREATIONS, INC. and MARIA TOOLEY, individually and d/b/a CUSTOM CABINET CREATIONS, INC., a dissolved Illinois corporation, <br> Defendant Judgment Debtors, <br> AMERIMARK BANK, <br> Third Party Citation Respondent. | CASE NO. 08-CV-2393 <br><br> JUDGE HOLDERMAN |

### Certificate of Service

    I, David P. Lichtman, plaintiffs' attorney hereby certify that I served the Agreed Turnover and Release and Discharge of Citation to Discover Assets by facsimile and U.S. first class mail to meriMark Bank, c/o Ron Rous at 365 West Saint Charles Rd., Villa Park, IL 60181 on July 10, 2008.

Whitfiled McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312-251-9700
Attorney No. 6290051