IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>        Plaintiffs Judgment Creditors,<br><br>v.<br><br>CUSTOM CABINET CREATIONS, INC. and MARIA TOOLEY, individually and d/b/a CUSTOM CABINET CREATIONS, INC., a dissolved Illinois corporation,<br><br>        Defendant Judgment Debtors. | CASE NO. 08-CV-2393<br><br>JUDGE HOLDERMAN |

## SATISFACTION RELEASE OF JUDGMENT

The Judgment Creditors, the Trustees of the Regional Council of Carpenters Pension, Welfare and Apprentice Trainee Funds, by their attorney David P. Lichtman, having received full satisfaction and payment, releases the judgment entered against Custom Cabinet Creations, Inc., and Maria Tooley, individually and db/a/ Custom Cabinet Creations, Inc., a dissolved Illinois corporation, on June 12, 2008 for $ 55,032.21.

                                                        /s/ DAVID P. LICHTMAN
                                                        Attorney for Judgment Creditor
                                                        Dated:  July 14, 2008

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701